*State, Respondent, v. Filitaula, Respondent*, No. 91501-6. Petition for review of a decision of the Court of Appeals, No. 44963-3-II, February 3, 2015, 185 Wn. App. 1044. *Denied* August 5, 2015.

*State, Respondent, v. St. Ours, Petitioner*, No. 91502-4. Petition for review of a decision of the Court of Appeals, No. 45109-3-II, February 24, 2015, 186 Wn. App. 1005. *Denied* August 5, 2015.

*Williams et al., Petitioners, v. Underwire Servs. et al., Respondents*, No. 91506-7. Petition for review of a decision of the Court of Appeals, No. 31962-8-III, February 24, 2015, 186 Wn. App. 1007. *Denied* August 5, 2015.

*Patriot Gen. Ins. Co., Petitioner, v. Gutierrez et al., Respondents*, No. 91510-5. Petition for review of a decision of the Court of Appeals, No. 32109-6-III, February 24, 2015, 186 Wn. App 103. *Denied* August 5, 2015.

*In re Custody of L.Z.*, No. 91694-2. Petition for review of a decision of the Court of Appeals, No. 46466-7-II, March 31, 2015, 186 Wn. App. 1041. *Denied* August 5, 2015.

In re Guardianship of Cudmore, No. 91493-1. Petition for review of a decision of the Court of Appeals, No. 32206-8-III, March 10, 2015. *Denied* August 5, 2015.

*State, Respondent, v. Davis, Petitioner*, No. 91343-9. Petition for review of a decision of the Court of Appeals, Nos. 45274-0-I and 45280-4-I, February 18, 2015, 185 Wn. App. 1059. *Denied* August 6, 2015.

*City of Bellevue, Respondent, v. Pine Forest Props., Inc., Petitioner*, No. 91436-2. Petition for review of a decision of the Court of Appeals, No. 71827-4-I, December 22, 2014, 185 Wn. App. 244. *Denied* August 18, 2015.